# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

GLEN GUADALUPE.

CRIMINAL ACTION NO. 01-cr-0429

## ORDER

**AND NOW**, this 3rd day of January 2013, upon careful consideration of Glen Guadalupe's petition for a writ of coram nobis (Doc. #218), respondent's response, and after oral argument, **IT IS HEREBY ORDERED** that defendant's petition for writ of error coram nobis is **DENIED**.

s/ William H. Yohn Jr.

William H. Yohn Jr., Judge